JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOSE LUIS CARBAJAL,** | ) | **NO. CV 19-7308-RGK (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **J. SULLIVAN, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  January 14, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE